IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ERIC FLORES | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv912 |
| UNITED STATES ATTORNEY GENERAL, ET AL. | § | |

## ORDER OF DISMISSAL

Plaintiff Eric Flores, proceeding *pro se*, filed the above-styled and numbered civil lawsuit challenging the constitutionality of the First Amendment. The cause of action was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that the lawsuit should be dismissed in light of sanctions previously imposed against him. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Report and Recommendation (docket entry #6) is **ADOPTED**. It is further

**ORDERED** that the civil action is **DISMISSED** without prejudice as barred by the sanctions imposed in *Flores v. United States Attorney General*, Civil Action No. 9:15-cv-60 (E.D. Tex. July 30, 2015). It is finally

1

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**It is SO ORDERED**.

**SIGNED this 3rd day of December, 2015.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE